## Gottlieb Appeal.
## Philadelphia Drainage Case.

Argued November 11, 1948. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

594

*Sidney B. Gottlieb,* for appellant.

*Edwin S. Ward,* with him *O. Charles Brodersen,* Assistant City Solicitors, and *Frank F. Truscott,* City Solicitor, for appellee.

PER CURIAM, January 3, 1949:
The order of the court below is affirmed on the opinion of President Judge GORDON.